JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD BACK, ) | Case No. EDCV 09-01706 VAP |
| ) | (DTBx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| KATHLEEN SEBELIUS, ) | |
| Secretary, U.S. ) | |
| Department of Health ) | |
| Services, ) | |
| ) | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on January 4, 2011 (Doc. No. 48), IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 13, 2011

VIRGINIA A. PHILLIPS
United States District Judge